February 27, 1980.

425 A.2d 849

Commonwealth v. Allen, Appellant.

Submitted April 12, 1979. Bruce A. Barrett, Assistant Public Defender, for appellant; Stephen Toole, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgments of sentence affirmed.